471-07/MEU/PLS
FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff
80 Pine Street
New York, NY 10005
(212) 425-1900
(212) 425-1901 fax
Michael E. Unger (MU 0045)
Pamela L. Schultz (PS 8675)

JUDGE RAKOFF

07 CIV 8222

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
BLUE CROCUS MARINE COMPANY LIMITED,    07 CV

                      Plaintiff,

                      **RULE 7.1 STATEMENT**

    -against -

JOINT STOCK COMPANY BELARUSSIAN
SHIPPING CO. a/k/a BELARUSSIAN
SHIPPING CO.,

                      Defendant.
-------------------------------------------------------------------x

RECEIVED SEP 20 2007 U.S.D.C., S.D.N.Y. CASHIERS

      The Plaintiff, BLUE CROCUS MARINE COMPANY LIMITED, by and through its undersigned attorneys Freehill Hogan & Mahar, LLP, and pursuant to Federal Rule of Civil Procedure (formerly Local General 1.9) and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, undersigned counsel (a private non-governmental party) certifies that it is not a publicly traded entity and no publicly held companies own 10% or more of its stock.

Dated: New York, New York
       September 20, 2007

                        FREEHILL HOGAN & MAHAR, LLP
                        Attorneys for Plaintiff BLUE CROCUS
                        MARINE SHIPPING LIMITED

        By: _____
                       Michael E. Unger (MU 0045)
                       Pamela L. Schultz (PS 8675)
                       80 Pine Street
                       New York, NY 10005
                       Telephone: (212) 425-1900
                       Facsimile: (212) 425-1901

NYDOCS1/290597.1