```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
BLUE CROCUS MARINE COMPANY LIMITED,  :
                                     :
            Plaintiff,               :   07 Civ. 8222 (JSR)
                                     :
        -v-                          :   ORDER
                                     :
JOINT STOCK COMPANY BELARUSSIAN      :
SHIPPING CO. a/k/a BELARUSSIAN       :
SHIPPING CO.,                        :
                                     :
            Defendant.               :
------------------------------------x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-19-07

JED S. RAKOFF, U.S.D.J.

For the reasons stated from the bench, see transcript, 12/19/07, the Clerk of the Court is hereby directed to remove this case from the Active Calendar and add it to the Suspense Calendar. Plaintiff's counsel is directed to submit a short letter to this Court every six months notifying the Court of any developments in this case, the first such letter to be submitted on June 1, 2008.

SO ORDERED.

/s/ Jed S. Rakoff
JED S. RAKOFF, U.S.D.J.

Dated: New York, New York
       December 19, 2007