UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Blue Crocus Marine Company Limited, | |
| Plaintiffs, | CERTIFICATE OF MAILING |
| -V- | |
| Joint Stock Company Belarussian Shipping Co. a/k/a Belarussian Shipping Co., | |
| Defendants. | 07CV 8222(JSR) |

I, J. Michael McMahon, Clerk of Court for the Southern District of New York, do hereby certify that on the

**11th day of August, 2008**

I served the

Summons & Complaint

pursuant to the Federal Rule of Civil Procedure 4(f)(2)(c)(ii) filed and issued herein on the,

**20th day of September, 2007**

by mailing via Federal Express, in the Federal Express mail drop box located at 500 Pearl Street, NY, NY, a copy of each thereof, securely enclosed in a Federal Express envelope with a prepaid international airbill addressed to:

See attached for listing of Defendants

Federal Express International Air Waybill Tracking Number:

**8631 6585 1764**


CLERK

Dated: New York, NY

# FedEx International Air Waybill

**Manifest Billing Copy**

FedEx Tracking Number: 8631 6585 1764
Form ID No. 0402

Not all services and options are available to all destinations. Dangerous goods cannot be shipped using this Air Waybill.

## 1 From

Date:
Sender's FedEx Account Number: 1079-3188-0
Sender's Name: IAN CUSHUT
Phone: 212 425-1900
Company: FREEHILL HOGAN & MAHAR
Address: 80 PINE ST FL 24
City: NEW YORK
State/Province: NY
ZIP Postal Code: 10005
Country: US

## 2 To

Recipient's Name: (Phone)
Company: JOINT STOCK CO BELARUSSIAN SHIPPING CO
Address: BELARUSSIAN SHIPPING CO
         STR V. Khoruz-hey
City: 3 MINSK office
State/Province:
ZIP Postal Code: 408 23005
Country: BELARUS

Recipient's Tax ID Number for Customs Purposes

## 3 Shipment Information

Total Packages:
Total Weight:
Commodity Description: DETAIL REQUIRED

## 4 Express Package Service

- [x] 1 FedEx Intl. Priority
- [ ] 6 FedEx Intl. First
- [ ] 3 FedEx Intl. Economy

## 5 Packaging

- [x] 6 FedEx Envelope
- [ ] 2 FedEx Pak
- [ ] 3 FedEx Box
- [ ] 4 FedEx Tube
- [ ] PW FedEx 10kg Box
- [ ] PX FedEx 25kg Box
- [ ] 1 Other

## 6 Special Handling

- [ ] 1 HOLD at FedEx Location
- [ ] 3 SATURDAY Delivery

## 7a Payment Bill transportation charges to:

- [x] 1 Sender
- [ ] 2 Recipient
- [ ] 3 Third Party
- [ ] 4 Credit Card
- [ ] 5 Cash/Check/Cheque

## 7b Payment Bill duties and taxes to:

- [x] 1 Sender
- [ ] 2 Recipient
- [ ] 3 Third Party

## 8 Your Internal Billing Reference

## 9 Required Signature

FedEx Tracking Number: 8631 6585 1764
Origin Station ID: 0402

FREEHILL HOGAN & MAHAR